**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 20-10038-NVA |
| SEAN M. DUFFY | * | |
|    Debtor | | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| LAKEVIEW LOAN SERVICING LLC | * | |
|    Movant | | |
| | * | |
| v. | | |
| | * | |
| SEAN M. DUFFY | | |
|    Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RESPONSE TO MOTION SEEKING RELIEF FROM AUTOMATIC STAY

Sean M. Duffy ("Debtor","Respondent"), by his counsel, Edward M. Miller and Miller & Miller, LLP, files this Response to the Motion for Relief from Automatic Stay ("Motion") filed by Lakeview Loan Servicing LLC ("Movant"), and states as follows:

1. Respondent admits the allegation set forth in paragraph 1 of the Motion.

2. Respondent admits the allegation set forth in paragraph 2 of the Motion.

3. Respondent admits the allegations set forth in paragraph 3 of the Motion.

4. Respondent admits the allegation set forth in paragraph 4 of the Motion.

5. Respondent admits the allegation set forth in paragraph 5 of the Motion.

6. Respondent admits the allegation set forth in paragraph 6 of the Motion.

7.  Paragraph 7 of the Motion requires neither an admission or denial by Respondent.

8.  Respondent is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 8 of the Motion.

9.  Respondent is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 9 of the Motion.

10.  Respondent is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 10 of the Motion.

11.  Respondent denies the allegation set forth in paragraph 11 of the Motion.

12.  Respondent denies the allegation set forth in paragraph 12 of the Motion.

13.  Respondent denies the allegation set forth in paragraph 13 of the Motion.

14.  Paragraph 14 of the Motion requires neither an admission or denial by Respondent.

WHEREFORE, Sean M. Duffy, Respondent, respectfully requests that the Court enter an Order: (i) denying the Motion Seeking Relief from Automatic Stay; and/or (ii) granting such other and further relief as may be appropriate under the circumstances.

Dated:   June 27, 2020                                    Respectfully submitted,

/s/ Edward M. Miller
Edward M. Miller
Federal Bar No.: 024281
Miller & Miller, LLP
39 N. Court St.
Westminster, MD 21157
410-751-5444
E-mail: mmllplawyers @verizon.net
Attorneys for Debtor/Respondent

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of June , 2020, a copy of the foregoing Response was mailed electronically via the Court's CM/ECF system to:

Gene Jung, Esq., Brock & Scott, PLLC, at gene.jung@brockandscott.com;
Robert S. Thomas II, Chapter 13 Trustee, at ECF@ch13balt.com.

/s/ Edward M. Miller
Edward M. Miller